UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** November 18, 2004

**DC #:** 00-110 (HL)

**APPEAL FEE PAID:**   YES ____   NO __X__

**CASE CAPTION:**   USA   v.   Torres-Santos
                    Defendant: Félix Santos-Ríos (3)

**IN FORMA PAUPERIS:**   YES ____   NO __X__

**MOTIONS PENDING:**   YES ____   NO __X__

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Judgment and Sentence entered on 07/30/01

**SPECIAL COMMENTS:** Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries 1-120** | I |
| **Docket Entries 121-195** | II |
| **Docket Entries 126, 167 & 168 (Transcripts)** | III |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk