# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** December 20, 2004

**DC #:** 00-110 (HL)

**APPEAL FEE PAID:** YES ____ NO _X_

**CASE CAPTION:** USA v. Torres-Santos
Defendant: Félix Santos-Ríos (3)

**IN FORMA PAUPERIS:** YES ____ NO _X_

**MOTIONS PENDING:** YES ____ NO _X_

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Judgment entered on 07/30/01

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                    **VOLUMES:**

**Docket Entry 198**                                                    I

**(Docket Entries 1-195; 126,167,168/transcripts certified on 11/18/04; refer to USCCA #04-2598)**

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk