# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

FELIX SANTOS-RIOS,
Petitioner

    v.

UNITED STATES OF AMERICA,
Respondent

**Civil No.** 02-1980 (HL)
**Criminal No.** 00-1100(HL)

## ORDER

    The Court hereby **APPROVES AND ADOPTS** Chief Magistrate Judge Justo Arenas' Report and Recommendation, recommending that petitioner Santos-Rios's section 2255 petition be **GRANTED**. (See Docket No. 26.) The Court, however, modifies the Magistrate Judge's Report and Recommendation in the following manner: rather than re-sentencing petitioner Santos-Rios, the Court hereby **REINSTATES** petitioner Santos-Rios' right to appeal. Defendant Santos-Rios shall have ten (10) days to file a notice of appeal of his sentence.

**Date**: October 26, 2004

S/ HECTOR M. LAFFITTE
**U.S. District Judge**