UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FELIX SANTOS-RIOS,
Petitioner

v.

UNITED STATES OF AMERICA,
Respondent

**Civil No.**  02-1980 (HL)
**Criminal No.** 00-1100(HL)

| **JUDGMENT** |
|---|
| Pursuant to the order issued today, judgment is hereby entered **DISMISSING** this case in its entirety. |

**Date**: October 26, 2004

S/ HECTOR M. LAFFITTE
U.S. District Judge