UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FELIX SANTOS-RIOS,
Petitioner

v.

UNITED STATES OF AMERICA,
Respondent

**Civil No.** 02-1980 (HL)
**Criminal No.** 00-1100(HL)

| AMENDED ORDER |
|---|
| The Court hereby **APPROVES AND ADOPTS** Chief Magistrate Judge Justo Arenas' Report and Recommendation, recommending that petitioner Santos-Rios's section 2255 petition be **GRANTED**. (See Docket No. 26.) The Court hereby **VACATES** the original sentence, and hereby **REIMPOSES** the same sentence *nunc pro tunc*. See United States v. Torres-Otero, 232 F.3d 24, 30-31 (1st Cir. 2000). The Court notes that defendant Santos-Rios filed a notice of appeal on October 28, 2004. See, however, Fed. R. App. P. 4(b)(2). |

**Date**: December 9, 2004

**S/ HECTOR M. LAFFITTE**
**U.S. District Judge**