# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record to the Court of Appeals

DATE:     February 17, 2005

DC #:     00-110   (HL)

CCA #:    04-2598

CASE CAPTION:        USA    v.    Torres-Santos
                     Defendant:   Félix Santos-Rios (3)

SPECIAL COMMENTS:    Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

DOCUMENTS:                                                VOLUMES:

**Certified copy of corrected docket sheet**                   I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:  _____
USCCA #:      _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk