UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FÉLIX SANTOS-RÍOS**<br>Petitioner<br>vs.<br>**UNITED STATES OF AMERICA**<br>Respondent | **CRIM. CASE 00-110 (HL)**<br>**CIVIL CASE NO. 02-1980 (HL)** |

## NOTICE OF APPEAL OF AMENDED JUDGMENT IN A CRIMINAL CASE BY FÉLIX SANTOS-RÍOS

**BEFORE THE HONORABLE COURT:**

Comes now, Petitioner, FÉLIX SANTOS-RÍOS, through the undersigned counsel and respectfully and respectfully states and prays:

1. Petitioner hereby notifies this Court his intention of filing an appeal to the United States Court of Appeals of the First Circuit from:

    a. The AMENDED JUDGMENT IN A CRIMINAL CASE, entered by the District Court in **CRIM. CASE 00-110 (HL)** on **April 15, 2005**, *Nunc Pro Tunc* **as of December 9, 2004** which in turns modified the Honorable Magistrate Judge s Report and Recommendation where it VACATING the original sentence and reimposes the same sentence *nunc pro tunc;* Docket #205.

    b. The ORDER entered by the District Court in **CIVIL CASE NO. 02-1980 (HL)** on December 9, 2004 dismissing the case in its entirety, Docket #40.

    c. The JUDGMENT IN A CRIMINAL CASE entered by the District

1