UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FÉLIX SANTOS-RÍOS** | CRIM. CASE 00-110 (HL) |
| Petitioner | CIVIL CASE NO. 02-1980 (HL) |
| vs. | |
| **UNITED STATES OF AMERICA** | |
| Respondent | |

## NOTICE OF APPEAL OF AMENDED JUDGMENT BY FÉLIX SANTOS-RÍOS

**BEFORE THE HONORABLE COURT:**

Comes now, Petitioner, FÉLIX SANTOS-RÍOS, through the undersigned counsel and respectfully and respectfully states and prays:

1.  Petitioner hereby notifies this Court his intention of filing an appeal to the United States Court of Appeals of the First Circuit from:

    a.  The AMENDED JUDGMENT IN A CRIMINAL CASE, entered by the District Court on **April 15, 2005**, *Nunc Pro Tunc* **as of December 9, 2004** which in turns modified the Honorable Magistrate Judge s Report and Recommendation where it VACATING the original sentence and reimposes the same sentence *nunc pro tunc;* Docket #205.

    b.  The ORDER entered by the District Court on December 9, 2004 dismissing the case in its entirety, Docket #40.

    c.  The JUDGMENT IN A CRIMINAL CASE entered on July 20, 2001 to 155 by the District Court.

1

2. Defendant further states and prays:

1. It has been determined by the Court that defendant is indigent.

2. Defendant believes that he is entitled to redress.

WHEREFORE, defendant prays that this Court:

a. Appoint counsel to continue with the appeal on his behalf.

b. Issue any order this Court may seem applicable to the instant notice.

Respectfully submitted, at San Juan, Puerto Rico, on April 18, 2005.

I certify: On this date, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr. Marcos E. López, Assistant United States Attorney, FAX 787-771-4050, Torre Chardón Suite 1201, Ave. Carlos Chardón 350, San Juan, Puerto Rico 00918 and to Mr. Félix Santos Ríos, Inmate # 18925-069, P. O. Box 2147, San Juan, Puerto Rico 00922-2147.

S/ *Olga M. Shepard De-Mari*
Olga M. Shepard De-Mari
USDCPR 128002
Attorney for **Félix Santos-Ríos, #18925-069**
504 Carlota Matienzo
San Juan, Puerto Rico 00918-3229
Tel. 787-758-4220; Fax 787-765-8087
oshepard@prtc.net

2