# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** May 16, 2005

**DC #:** 00-110 (HL)
Related USCA Case #04-2598

| | | | |
|---|---|---|---|
| **APPEAL FEE PAID:** | YES ____ | NO  X  | |
| **CASE CAPTION:** | USA  v. | Torres-Santos | |
| | Defendant: | Félix Santos-Ríos (3) | |
| **IN FORMA PAUPERIS:** | YES ____ | NO  X  | |
| **MOTIONS PENDING:** | YES ____ | NO  X  | |

**NOTICE OF APPEAL FILED BY:**    Defendant

**APPEAL FROM:**    Amended Judgment entered on 04/15/05, Amended Order, Judgment and Order entered on 02/17/05

**SPECIAL COMMENTS:**    Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                                    **VOLUMES:**

**Docket Entries**   201-203,205,207                                                                   I

(Docket Entries 1-195 & 126,167,168/transcripts certified on 11/18/04, docket entry 198 certified on 12/20/04; refer to USCA Case #04-2598)

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk