UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FÉLIX SANTOS-RÍOS<br>Petitioner | CRIM. CASE NO. 00-0110 (HL)<br>CIVIL CASE NO. 02-1980 HL)] |
| vs. | |
| UNITED STATES OF AMERICA<br>Respondent | |

## MOTION REQUESTING ORDER TO THE BUREAU OF PRISONS TO RETAIN DEFENDANT IN THE JURISDICTION OF PUERTO RICO UNTIL THE COURT OF APPEALS ISSUES A DECISION

**BEFORE THE HONORABLE COURT:**

Comes now, Petitioner, **FÉLIX SANTOS-RÍOS**, through the undersigned counsel and respectfully states and prays:

1. The defendant, **Félix SANTOS-RÍOS, inmate number # 18925-069** is currently under custody at the Metropolitan Detention Center in Guaynabo.

2. Defendant filed a 28 USC 2255 petition and he had requested from this Court that he be allowed to remain in Puerto Rico until the case was resolved.

3. This Court entered an ORDER granting defendant's request addressed to the Bureau of Prisons to retain defendant in the jurisdiction of Puerto Rico until the pending matter would be decided by the Court, docket #193.

4. The 28 USC 2255 petition filed by defendant was granted.

5. Defendant has subsequently filed an appeal before the First Court of Appeals in Cases No. 04-2598 [Re: Crim. Case No. 00-110 (HL) and 04-2599 Re: Civil Case No. 02-1980 (HL)], which have been submitted to the Court of Appeals and are pending resolution.

6. The remedy defendant is asking from the Court of Appeals in both appeals is that the criminal case, 00-110 (HL) be remanded for a sentencing hearing before this District Court where he could appear in person.

7. In the interest of economy, defendant requests that this Court extend the previous ORDER addressed to the Bureau of Prisons, through its Warden at Metropolitan Detention Center, Guaynabo, Mr. Ricardo Chavez, so that defendant remains designated to these facilities until the appeal is finally resolved.

8. The government will not be prejudiced if the order herein requested is granted.

9. Defendant is also making this request based on humanitarian reasons, since his elderly mother is sick and her condition is frail.

10. Ms. Carmen Ríos resides in Río Grande, Puerto Rico and is able to visit with him in Guaynabo, but it would be very difficult for her to visit him in the mainland.

Wherefore, Petitioner respectfully requests from the Honorable Judge that the

Respectfully submitted, at San Juan, Puerto Rico, on June 17, 2005.

I certify: A copy of this document has been delivered to Mr. Nelson Pérez Sosa, Senior Appellate Assistant United States Attorney, FAX 787-771-4050, Torre Chardón Suite 1201, Ave. Carlos Chardón 350, San Juan, Puerto Rico 00918-2142; Mr. Félix Santos Ríos, Inmate # 18925-069, P. O. Box 2147, San Juan, Puerto Rico 00922-2147.

**OLGA M. SHEPARD**, USDCPR 128002
Attorney for Petitioner, Félix Santos-Ríos
504 Carlota Matienzo
San Juan, Puerto Rico 00918-3229
Tel. 787-758-4220; Fax 787-765-8087
shepardolga@yahoo.com

3