# United States Court of Appeals
## For the First Circuit

Nos.  04-2598
      05-1740

UNITED STATES,

Appellee,

v.

FELIX SANTOS-RIOS,

Defendant, Appellant.

**JUDGMENT**

Entered: October 14, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The matter is remanded with directions to the district court to delete the drug treatment requirement from the written conditions of supervised release. In all other respects, the judgment and sentence are affirmed. See 1st Cir. R. 27(c).

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Hector M. Laffitte and Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Ms. Shepard De Mari, Ms. Maldonado-Quinones, Mr. Lopez, Mr. Perez-Sosa, & Ms. Hill-Adames.]